CENTEX HOMES OF NEW JERSEY, INC., CORPORATION OF THE STATE OF NEVADA v. THE MAYOR AND COUNCIL OF THE TOWNSHIP OF EAST WINDSOR, A MUNICIPAL CORPORATION.

February 5, 1985.

The parties to this matter having reached a settlement, and the appeal being therefore moot, and good cause appearing;

It is ORDERED that the Order of this Court granting certification is hereby vacated.

We express no view on the opinion of the Appellate Division. (See 97 *N.J.* 669)

LEON & HELEN BACZEWSKI, ON BEHALF OF THEIR DAUGHTER, CONSTANCE BACZEWSKI, AN INCOMPETENT v. STATE OF NEW JERSEY, DEPARTMENT OF HUMAN SERVICES, DIVISION OF MENTAL RETARDATION, HUNTERDON STATE SCHOOL.

February 11, 1985.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See 97 *N.J.* 691)

IN THE MATTER OF THE COMMITMENT OF J.D.M.

February 11, 1985.

Petition for certification denied. (See 196 *N.J.Super.* 34)